UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-23572-CIV-TORRES

CLASS ACTION OF SOUTH FLORIDA
and JOHN RUIZ,

    Plaintiffs,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Defendant.

_____/

## FINAL JUDGMENT

This matter is before the Court following entry of an Order granting Defendant's Motion for Summary Judgment [D.E. 78]. Based upon this record, it is hereby **ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendant, National Union Fire Insurance Company of Pittsburgh, PA, and against Plaintiffs, Class Action of South Florida and John Ruiz, as to all claims raised in this action. The case is now closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of May, 2013.

                                                      /s/ *Edwin G. Torres*
                                                      EDWIN G. TORRES
                                                      United States Magistrate Judge